|   |   |
|---|---|
| MARY E. PETERS, Secretary of Transportation<br><br>Plaintiffs<br>vs.<br><br>ACTION CARRIER, INC.,<br><br>Defendant | Civil Action No. 08-cv-4185 |

## ORDER ENTERING PRELIMINARY INJUNCTION

Based on the stipulation of the parties to this action, it is hereby ORDERED that a preliminary injunction is entered and Defendant Action Carrier, Inc., is enjoined as follows:

1. Defendant is enjoined from operating any commercial motor vehicle in interstate commerce at any time when Defendant is not covered by a liability insurance policy that provides coverage for bodily injury and property damage liability meeting the requirements set out in 49 C.F.R. § 387.7;

2. Defendant is further enjoined from any transportation operations in interstate commerce requiring operating authority registration in accordance with 49 U.S.C. § 13901 at any time when Defendant is not covered by a liability insurance policy that has been filed with and accepted by the Federal Motor Carrier Safety Administration (FMCSA) in accordance with 49 C.F.R. § 387.301; and

3. Defendant is further enjoined from any transportation operations in interstate commerce requiring operating authority registration in accordance with 49 U.S.C. § 13901 at any time when Defendant does not have current valid authority granted by the FMCSA.

4. This order shall remain in effect through the pendency of this civil action unless modified or dissolved by further order of the Court.

Date: FEB. 13, 2009
Time: 3:07 PM CST

*[signature]*
UNITED STATES DISTRICT JUDGE
Lawrence L. Piersol
400 S. Phillips Ave.
Sioux Falls, South Dakota 57104